THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF SCARSDALE, Appellant, *v.* THE BOARD OF SUPERVISORS OF WESTCHESTER COUNTY, Respondent.

*People ex rel. Town of Scarsdale* v. *Bd. Suprs. Westchester Co.*, 149 App. Div. 319, appeal dismissed.

(Argued June 4, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1912, which dismissed a writ of certiorari brought to review the action of the defendant in establishing a boundary line between the city of New Rochelle and the town of Scarsdale.

*Albert Ritchie, Charles H. Young* and *William Cravath White* for appellant.

*Charles A. Van Auken* for respondent.

While we agree with the court below that the action of the board of supervisors was exclusively legislative, we are compelled to dismiss the appeal from the order in its present form.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners, et al., Respondents.

(Submitted June 10, 1912; decided June 18, 1912.)

Motion to amend remittitur denied, with ten dollars costs. (See 203 N. Y. 167.)